IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

JENNIFER ZINS,                                          CASE NO:

    Plaintiff,

vs.

MICHAELS STORES, INC., a
Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, JENNIFER ZINS, by and through undersigned counsel, and hereby sues Defendant, MICHAELS STORES, INC., a Foreign Profit Corporation (hereinafter referred to as "MICHAELS"), for damages for negligence, and in further support thereof would show unto this Honorable Court as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of Thirty-Thousand and One Dollars ($30,001.00), exclusive of attorney's fees, costs, and prejudgment interest.

2. At all times material hereto, Defendant, MICHAELS, was and is a corporation organized and existing under the laws of the State of Delaware, and has a location for the transaction of its customary business at 971 Harley Strickland Blvd. Orange City, Volusia County, Florida.

3. At all times material hereto, Plaintiff, JENNIFER ZINS, was *sui juris* and a resident of Volusia County, Florida.

4. Pursuant to §47.051, Florida Statutes, venue is properly vested within Volusia County, Florida, where the cause of action accrued and where the Defendant, MICHAELS, store is located.

## GENERAL FACTS COMMON TO ALL COUNTS

5. On or about December 9, 2019, Defendant, MICHAELS, was in possession of a building known and described as Michaels – the arts and crafts store, located at 971 Harley Strickland Blvd. Orange City, Volusia County, Florida, (hereinafter referred to as the "Premises" or "Subject Premises"), which was held open to the public as a store.

6. At all times material hereto, Defendant, MICHAELS, owned, operated, leased, possessed, managed, and/or maintained the Subject Premises.

7. At all times material hereto, Defendant, MICHAELS, was doing business in Volusia County, Florida.

8. At all times material hereto, Defendant, MICHAELS, had possession and control of the Subject Premises where the incident described herein occurred.

9. At all times material hereto, Plaintiff, JENNIFER ZINS, was lawfully at the Subject Premises as a business invitee.

## COUNT I – NEGLIGENCE

This is an action for damages brought by the Plaintiff, JENNIFER ZINS, against Defendant, MICHAELS, pled in the alternative to any conflicting or duplicative relief sought elsewhere, and in support thereof the Plaintiff hereby realleges and reincorporates and Paragraphs 1-9 as if fully set forth herein, and would further allege as follows:

10. On or about December 9, 2019, Plaintiff, JENNIFER ZINS, was lawfully on the Subject Premises to visit Defendant, MICHAEL's store as a patron or customer, and was a business invitee on said Premises.

11. At all times material hereto, Plaintiff, JENNIFER ZINS, was walking down an aisle within Defendant, MICHAEL's store when she slipped in a puddle of liquid causing her to fall and sustain serious injuries.

12. At the above-mentioned time and place, Defendant, MICHAELS, its agents, servants, and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently maintained said Premises by allowing a puddle of slippery liquid to remain on the floor within an aisle in the Subject Premises and by failing to warn Plaintiff, JENNIFER ZINS, of said dangerous condition, which caused her injuries.

13. The negligent condition was known to Defendant, MICHAELS, or had existed for a sufficient length of time so that Defendant, MICHAELS, should have known of it.

14. Defendant, MICHAELS, owed a duty of reasonable care to those lawfully on its Premises and in particular to Plaintiff, JENNIFER ZINS, and breached that duty as follows:

    a) improperly maintained the floor within their store in such a way that a puddle of slippery liquid on the floor in the Subject Premises created a dangerous condition;

    b) failed to properly maintain the floor in the Subject Premises in such a way that Defendant, MICHAELS, knew or should have known that the puddle of slippery liquid created a dangerous condition;

    c) failed to warn and/or provide notice to Plaintiff, JENNIFER ZINS, of the dangerous condition created by the puddle of slippery liquid in an aisle within the Subject

Premises, or, in the alternative, allowed said condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed the same;

        d)      failed to exercise reasonable care for the safety of Plaintiff, JENNIFER ZINS;

        e)      knew or should have known that from the co-existence of these factors, that persons similarly situated to Plaintiff, JENNIFER ZINS, would be injured by the puddle of slippery liquid on the floor within an aisle of the Subject Premises.

15.    That as a direct and proximate result of the negligence of Defendant, MICHAELS, Plaintiff, JENNIFER ZINS, has suffered physical pain and suffering in the past and indefinitely into the future, has incurred medical and hospital bills for her care and treatment in the past and indefinitely into the future, has lost the capacity for the enjoyment of life in the past and indefinitely into the future, all in an amount exceeding Thirty Thousand and One Dollars ($30,001.00).

WHEREFORE Plaintiff, JENNIFER ZINS, by and through undersigned counsel, respectfully prays unto this Honorable Court for damages for negligence against Defendant, MICHAELS, together with any further such relief as this Honorable Court may deem just and proper under the circumstances.

*(Continued on next page)*

## DEMAND FOR JURY TRIAL

16. The Plaintiff hereby demands a jury trial for all claims so triable as of right.

DATED this 31st day of August, 2021.

Respectfully Submitted,

VASILAROS WAGNER

/s/ Matt McGovern
*FOR THE FIRM*
STEVEN T. VASILAROS, ESQUIRE
Florida Bar Number: 0456713
JOSHUA J. WAGNER, ESQUIRE
Florida Bar Number: 12209
MATT MCGOVERN, ESQUIRE
Florida Bar Number: 41587
VASILAROS WAGNER
721 Beville Road
South Daytona, Florida 32119
Phone:    (386) 777-7777
Facsimile: (386) 401-5450
Service Email: pleadings@accidentfirm.com
*Attorneys for Plaintiff.*